IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMANDA M.,

    Plaintiff,

                                      Civil No. 2:24-CV-11133

v.

MARTIN O'MALLEY,                  Hon. Elizabeth A. Stafford
COMMISSIONER                       United States Magistrate Judge
OF SOCIAL SECURITY,

    Defendant.
_____/

# **J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                                                                   s/Elizabeth A. Stafford
                                                                     ELIZABETH A. STAFFORD
Date: September 26, 2024                United States Magistrate Judge